Charles Dorian BRADEN, Movant,

v.

COMMONWEALTH of Kentucky,
Respondent.

Supreme Court of Kentucky.

Dec. 19, 1978.

Jack Emory Farley, Public Defender, M. Gail Robinson, Asst. Public Defender, Frankfort, for movant.

Robert F. Stephens, Atty. Gen., Carl T. Miller, Jr., Asst. Atty. Gen., Frankfort, for respondent.

OPINION AND ORDER

The motion of Charles Dorian Braden, for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered May 19, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinions in *Whorton v. Commonwealth,* Ky., 570 S.W.2d 627 (1978), and *Taylor v. Kentucky,* 436 U.S. 478, 98 S.Ct. 1930, 56 L.Ed.2d 468 (1978).

All concur.